## BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

425 CALIFORNIA STREET, SUITE 2100
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

515 NORTH FLAGLER DRIVE, SUITE 1701
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

November 12, 2003
**VIA HAND DELIVERY**

Susan Tebo
Docket Clerk to Judge Reginald C. Lindsay
United States District Court
    for the District of Massachusetts
John Joseph Moakley Courthouse
Suite 5130
One Courthouse Way
Boston, Massachusetts 02109

RE:     <u>Dubin v. Putnam Investment Management, LLC</u>
            **Civil Action No.: 03 cv 12209 RCL**

Dear Ms. Tebo:

As per my voice mail message to you on Monday, November 10, 2003, enclosed please find corrected versions of the following:
1. Civil Cover Sheet;
2. Page 1 of the Complaint;
3. Page 5 of the Complaint; and
4. Page 17 of the Complaint

regarding the above-referenced civil action. I have enclosed copies of same to be date stamped and returned with the messenger.

The original of the above-mentioned documents were filed with the Court on November 10, 2003.

I apologize for any inconvenience this may have caused the Court. Please contact me with any questions.

Very truly yours,

Jennifer M. Payne
Legal Assistant to Norman Berman

Encloses
cc:   Norman Berman, Esq.
       Ronen Sarraf, Esq.