UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN SCHNEPS DUBIN, ET AL<br>　　　Plaintiff<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC<br>　　　Defendants | )<br>)<br>)<br>)　Civil Action No. 03-12209-RCL<br>)<br>)<br>) |

## ORDER OF RECUSAL

LINDSAY, D.J.

　　I hereby recuse myself with respect to the above-entitled action.

SO ORDERED.

DATED: 11/19/03

_____
UNITED STATES DISTRICT JUDGE