AO 440 (Rev. 10/93) Summons a Civil Action - SDNY WEB 4/99

# United States District Court



_____ DISTRICT OF _____ Massachusetts

Ann Schneps Dubin, Helen Wasserman, and
Harriot Surks

**SUMMONS IN A CIVIL CASE**

V.

Putnam Investment Management LLC

CASE NUMBER: MLW
03 cv 12209 ~~RCL~~

TO: (Name and address of defendant)

Putnam Investment Management, LLC
One Post Office Square
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Norman Berman
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

NOV 10 2003

DATE