UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIRANDA ZUBER, et ano,<br><br>    Plaintiff,<br><br>-against-<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC<br><br>    Defendant. | Civil Action<br>No. 03-12175-MLW<br><br><br>**ORAL ARGUMENT REQUESTED** |
| ANN SCHNEPS DUBIN, et al.,<br><br>    Plaintiff,<br><br>-against-<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC,<br><br>    Defendant. | Civil Action<br>No. 03-12209-MLW |
| EVON YAMEEN, et al.,<br><br>    Plaintiff,<br><br>-against-<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC,<br><br>    Defendant. | Civil Action<br>No. 03-12222-MLW |
| EDWARD CASEY, et al.,<br><br>    Plaintiff,<br><br>-against-<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC,<br><br>    Defendant. | Civil Action<br>No. 03-12273-MLW |

**DEFENDANT'S MOTION TO STAY
PROCEEDINGS PENDING RULING BY THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Putnam Investment Management, LLC ("Putnam") hereby moves to stay all proceedings in the four above-captioned actions pending a ruling by the Judicial Panel on Multidistrict Litigation on Putnam's petition to transfer and consolidate numerous other related actions for coordinated pretrial proceedings.

The grounds for this motion are set forth in the accompanying memorandum.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(b), Putnam requests oral argument on this motion.

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I, James R. Carroll, hereby certify that on December 1, 2003, counsel for defendant conferred with opposing counsel in an attempt to resolve or narrow the issues raised by this motion.

Dated: December 2, 2003
      Boston, Massachusetts

Of Counsel:

Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

Respectfully submitted,

_____
James R. Carroll BBO #554426)
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108-3194
(617) 573-4800

Counsel for Putnam Management
Defendants

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party as indicated on the service list attached hereto, on ___12/2/03___

_____

1

## SERVICE LIST

### BY HAND

Norman Berman
BERMAN DEVALERIO PEASE
 TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA  02109

Alan L. Kovacs
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street
Suite 106
Boston, MA  02135

Richard J. Vita
LAW OFFICES OF RICHARD J. VITA, P.C.
77 Franklin Street, Suite 300
Boston, Massachusetts  02110

### BY FEDERAL EXPRESS

Harry W. Jacobs
JACOBS LAW OFFICES
500 East 77th Street, Suite 507
New York, New York  10038

David Jaroslawicz
LAW OFFICES OF JAROSLAWICZ &
JAROS
150 William Street
New York, New York  10038

Klari Neuwelt
LAW OFFICE OF KLARI NEUWELT
110 East 59th Street, 29th Floor
New York, New York  10022

Stanley M. Grossman
Marc J. Gross
H. Adam Prussin
Ronen Sarraf
POMERANTZ HAUDEK BLOCK
GROSSMAN  & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York  10017