UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIRANDA ZUBER, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT MANAGEMENT, LLC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 03-12175-MLW |
| ANN SCHNEPS DUBIN, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT MANAGEMENT, LLC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 03-12209-MLW |
| EVON YAMEEN, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT MANAGEMENT, LLC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 03-12222-MLW |
| EDWARD CASEY, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT MANAGEMENT, LLC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 03-12273-MLW |
| ANTONIO IOAKIM, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT MANAGEMENT, LLC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 03-12402-MLW |

ORDER

WOLF, D.J.                                              January 2, 2004

Pursuant to 28 U.S.C. §455(a), I hereby recuse myself in the above-captioned actions. Accordingly, they are hereby RETURNED to the Clerk to be randomly reassigned.

                                             /s/ _____
                                             UNITED STATES DISTRICT JUDGE