[handwritten: 2.20.04 Lin]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MIRANDA ZUBER, et al | : | |
| | : | Civil Action [handwritten: W6Y] |
| Plaintiffs, | : | No. 03-12175-~~MLW~~ |
| | : | [handwritten circled: 20] |
| v. | : | |
| | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| | : | |
| Defendant. | : | |
| | | |
| ANN SCHNEPS DUBIN, et al | : | |
| | : | Civil Action [handwritten: W6Y] |
| Plaintiffs, | : | No. 03-12209-~~MLW~~ |
| | : | |
| v. | : | |
| | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| | : | |
| Defendant. | : | |
| | | |
| EVON YAMEEN, et al | : | |
| | : | Civil Action [handwritten: W6Y] |
| Plaintiffs, | : | No. 03-12222-~~MLW~~ |
| | : | |
| v. | : | |
| | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| | : | |
| Defendant. | : | |
| | | |
| DIANE HUTTO, et ano | : | |
| | : | Civil Action |
| Plaintiffs, | : | No. 03-12227-RWZ |
| | : | |
| v. | : | |
| | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| EDWARD CASEY, et al<br><br>                Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC,<br><br>                Defendant. | : : : : : : : : : : : | Civil Action  WGY<br>No. 03-12273-~~MLW~~ |
| JOHN K. CLEMENT, et ano<br><br>                Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC,<br><br>                Defendant. | : : : : : : : : : : : | Civil Action<br>No. 03-12400-RWZ |
| ANTONIO IOAKIM, et al<br><br>                Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC,<br><br>                Defendant. | : : : : : : : : : : : | Civil Action  WGY<br>No. 03-12402-~~MLW~~ |
| JOANNE S. BASEMAN,<br><br>                Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC,<br><br>                Defendant. | : : : : : : : : : : : | Civil Action<br>No. 03-12526-RWZ |

| | | |
|---|---|---|
| SETH B. MARKS, | : | Civil Action |
| Plaintiffs, | : | No. 03-12441-RWZ |
| v. | : | |
| PUTNAM INVESTMENT MANAGEMENT, LLC, | : | |
| Defendant. | : | |

### MOTION OF THE HUTTO GROUP FOR LEAVE TO FILE REPLY TO THE OPPOSITION OF CYNTHIA PULEO TO THE DERIVATIVE PLAINTIFFS' MOTION TO CONSOLIDATE DERIVATIVE CASES AND APPOINT LEAD COUNSEL

Plaintiffs Hutto, Clement, Baseman and Marks (the "Hutto Group"), movant in the above-captioned actions, hereby moves this Court for leave to file their *Reply to Cynthia Puleo's Opposition to Derivative Plaintiffs' Motion to Consolidate Derivative Cases and Appoint Lead Counsel.*[1]

On January 6, 2004, the Hutto Group moved this Court to consolidate the derivative actions and appoint lead counsel in the derivative actions (the "Derivative Plaintiffs' Motion"). On January 28, 2004, after the deadline to file oppositions had passed, Cynthia Puleo submitted an opposition to the Derivative Plaintiffs' Motion.

Wherefore, the Hutto Group respectfully prays that leave be granted to file their *Reply to Cynthia Puleo's Opposition to Derivative Plaintiffs' Motion to Consolidate Derivative Cases and Appoint Lead Counsel* submitted herewith.

---

[1] The Hutto Group's reply is part of its timely filed opposition *Opposition to Cynthia Puleo's Motion for Leave to File Amicus Curiae Brief.* Should the Court deny the Hutto Group's motion for leave to reply and if the Court prefers, the Hutto Group will resubmit a separated document containing only its opposition.

Dated: Boston, Massachusetts
February 17, 2004

By: _____

**DEUTSCH WILLIAMS BROOKS DERENSIS & HOLLAND, P.C.**

Steven J. Brooks
Robert D. Hillman
99 Summer Street
Boston, MA 02110
(617) 951-2300
rhillman@dwboston.com

**WOLF HALDENSTEIN ALDER FREEMAN & HERZ LLP**
Daniel W. Krasner
Mark C. Rifkin
Demet Basar
Robert Abrams
Christopher S. Hinton
270 Madison Avenue
New York, NY 10016
(212) 545-4600

**CHIMICLES & TIKELLIS**
Nicholas E. Chimicles
Denise Davis Schwartzman
Timothy N. Mathews
Attorney I.D. No. 40659
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS, LLP.**
Stanley M. Grossman
Ronen Sarraf
100 Park Avenue
New York, N.Y. 10017-5516
(212) 661-1100

**CHITWOOD & HARLEY**
Martin D. Chitwood
Lauren D. Antonino
2300 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309
(404) 873-3900

**ATTORNEYS FOR PLAINTIFFS**

3